**THE PHILADELPHIA COCA–COLA BOTTLING COMPANY, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 03–1382, 03–1434.

United States Court of Appeals, District of Columbia Circuit.

Oct. 26, 2004.

Before EDWARDS and RANDOLPH, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## *JUDGMENT*

PER CURIAM.

Consolidated with No. 03–1434

This cause was considered on a petition for review and cross-application for enforcement of an order of the National Labor Relations Board ("Board"). It is

ORDERED AND ADJUDGED that the petition for review be denied and that the cross-application for enforcement be granted for the reasons set forth in the Board's decision and order. See *Philadelphia Coca–Cola Bottling Co.*, 340 N.L.R.B. No. 44, 2003 WL 22259468 (2003).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for re-

hearing or rehearing en banc. *See* FED. R.APP. P. 41(b); D.C. Cir. Rule 41.